**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
N. CHARLES PICKETT, JR.,      )   NO. CV 11-2008-GAF(E)
                              )
            Plaintiff,        )
                              )
      v.                      )   JUDGMENT
                              )
R.A. ZAMORA,                  )
                              )
            Defendant.        )
_____)
```

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: July 11, 2012.

/s/ Gary Feess
_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE